UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-640M |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| JEFFREY H. JOHNSTON, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:

    Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>:    Initial Appearance, December 1, 2006

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Having been convicted of prior felonies including Assault in the Second Degree,

01 Burglary in the Second Degree, Felon in Possession of a Firearm, Intimidating a Public Servant

02 and Unlawful Possession of a Firearm in the Second Degree, and Escape, defendant is charged

03 with knowingly possessing a firearm. Defendant is currently on federal supervision for the charge

04 of Escape, for which he was sentenced to five years probation by the Honorable Franklin D.

05 Burgess in Case Number CR05-5205 on June 10, 2005. Probation was revoked on February 13,

06 2006 and the defendant sentenced to eight months in custody. The defendant is already in custody

07 pending a hearing on new allegations of probation revocation before Judge Burgess.

08     (2)    In light of his present status in federal custody pending the resolution of allegations

09 of violation of probation, the defendant does not contest detention.

10     (3)    There does not appear to be any condition or combination of conditions that will

11 reasonably assure the defendant's appearance at future Court hearings while addressing the danger

12 to other persons or the community.

13 It is therefore ORDERED:

14     (1)    Defendant shall be detained pending trial and committed to the custody of the

15     Attorney General for confinement in a correction facility separate, to the extent

16     practicable, from persons awaiting or serving sentences or being held in custody

17     pending appeal;

18     (2)    Defendant shall be afforded reasonable opportunity for private consultation with

19     counsel;

20     (3)    On order of a court of the United States or on request of an attorney for the

21     Government, the person in charge of the corrections facility in which defendant is

22     confined shall deliver the defendant to a United States Marshal for the purpose of

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 2

01            an appearance in connection with a court proceeding; and

02       (4)  The clerk shall direct copies of this Order to counsel for the United States, to

03            counsel for the defendant, to the United States Marshal, and to the United States

04            Pretrial Services Officer.

05   DATED this <u>1st</u> day of December, 2006.

07                                     _____
                                       Mary Alice Theiler
                                       United States Magistrate Judge

DETENTION ORDER                                                               15.13
18 U.S.C. § 3142(i)                                                        Rev. 1/91
PAGE 3